IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| Macsteel International USA Corp. § | |
| § | |
| v. § | CIVIL ACTION NO. 3:23-cv-00146 |
| § | |
| QSL - Texas Terminals, LLC, § | |
| Empire Stevedoring (Houston) Inc. § | |

### PLAINTIFF'S NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE:

COMES NOW Plaintiff Macsteel International USA Corp. ("Plaintiff" or "Macsteel") and hereby provides Notice that this matter resolved at mediation. Dismissal papers will be filed in due course in compliance with the Court's Order to follow.

Respectfully submitted,

*/s/ David S. Toy*
David S. Toy
SBN 24048029 / SDTX ID 588699
DAVID TOY LAW FIRM
4309 Yoakum Boulevard, Suite 2050
Houston, TX 77002
david.toy@davidtoylaw.com
(T) 713-322-7911

Kevin J.B. O'Malley (admitted *pro hac vice*)
NICOLETTI HORNIG NAMAZI ECKERT
& SHEEHAN
Wall Street Plaza
88 Pine Street, Seventh Floor
New York, New York 10005
komalley@nicolettihornig.com
(T) 212-220-3830

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on all counsel of record via CM/ECF at the time of filing hereof on this 18th day of August, 2025, in accordance with the Federal Rules of Civil Procedure.

*/s/ David S. Toy*
David S. Toy