United States District Court
Southern District of Texas
**ENTERED**
August 18, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | |
|---|---|
| MACSTEEL INTERNATIONAL USA CORP., § § § | |
| Plaintiff. § | |
| § | |
| V. § | CIVIL ACTION NO. 3:23-cv-00146 |
| § | |
| QSL – TEXAS TERMINALS, LLC, *et al.*, § § § | |
| § | |
| Defendants. § | |

## CONDITIONAL DISMISSAL ORDER

The court has been advised that a settlement has been reached between the parties. *See* Dkt. 29. Accordingly, this case is dismissed without prejudice to reinstatement of Plaintiff's claims, unless any party represents in writing filed with the court on or before September 18, 2025, that the settlement could not be completely documented.

The bench trial scheduled for December 8, 2025, is cancelled.

SIGNED this 18 day of August 2025.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE